```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 13-02498-JJT
Lynn A. Yasenchak                                            Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5         User: DDunbar            Page 1 of 3           Date Rcvd: Jul 13, 2016
                             Form ID: 309A            Total Noticed: 63
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
```
db           +Lynn A. Yasenchak,    32 Grove Street,    Trucksville, PA 18708-1724
aty          +Alexandra Teresa Garcia,    McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,
               Suite 1400,   Philadelphia, PA 19109-1060
aty          +Celine P DerKrikorian,    McCabe, Weisberg and Conway, P.C.,
               123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
aty          +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
aty          +Kevin T McQuail,    McCabe, Weisberg & Conway, PC,    123 S. Broad Street,    Suite 2080,
               Philadelphia, PA 19109-1031
aty          +Marisa Myers Cohen,    McCabe, Weisberg & Conway,    123 South Broad Street,    Suite 2080,
               Philadelphia, PA 19109-1031
tr           +Robert P. Sheils, Jr (Trustee),    Sheils Law Associates, PC,    108 North Abington Road,
               Clarks Summit, PA 18411-2505
cr           +Lakeview Loan Servicing, LLC.,    McCabe Weisberg and Conway, P.C.,    123 S Broad Street,
               Suite 1400,   Philadelphia, PA 19109-1060
4315327      +AES/M&T ELT - PHEAA,    1200 North 7th Street,    Harrisburg, PA 17102-1419
4315329      +BillMeLater,    Attn: Rick Foertschbeck,    P. O. Box 5138,    Timonium, MD 21094-5138
4375468      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
4315331      +Chris Camp,    458 Indian Lake Trail,    White Haven, PA 18661-2015
4321001      +Cross Valley Federal Credit Union,    640 Baltimore Drive,    Wilkes-Barre, PA 18702-7943
4315335      +Cross Velley FCU,    640 Baltimore Drive,    Wilkes-Barre, PA 18702-7943
4315336     ++++DAMA,    101 MEMORIAL HWY,    SHAVERTOWN PA 18708-7703
               (address filed with court:    DAMA,    530 S. Memorial Highway,    Shavertown, PA  18708)
4342166      +Dallas Area Municipal Authority,    101 Memorial Highway,    Shavertown, PA 18708-7703
4651247       ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
4651248       ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408,    ECMC,    PO BOX 16408,
               ST. PAUL MN 55116-0408
4330921      +Kevin T McQuail, Esquire,    McCabe, Weisberg & Conway, PC,    123 South Broad Street, Suite 1400,
               Philadelphia, PA 19109-1060
4379280      +Lakeview Loan Servicing, LLC,    c/o Margaret Gairo,    123 S. Broad Street, Suite 1400,
               Philadelphia, PA 19109-1060
4315326      +Law Office of David J Harris,    67-69 Public Square Suite 700,    Wilkes-Barre, PA 18701-2515
4315345      +Linda Yasenchak,    11 Oak Street,    Wyoming, PA 18644-1315
4315348      +PA American Water,    P. O. Box 371412,    Pittsburgh, PA 15250-7412
4322097      +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
4321770      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
4315349      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
4315325      +Yasenchak Lynn A,    32 Grove Street,    Trucksville, PA 18708-1724
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: dh@lawofficeofdavidharris.com Jul 13 2016 19:18:40     David J. Harris,
               69 Public Square, Suite 700,    Wilkes-Barre, PA  18701
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 13 2016 19:18:59     United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr           +EDI: PRA.COM Jul 13 2016 19:13:00      PRA Receivables Management LLC,    PO Box 41067,
               Norfolk, VA 23541-1067
4315328       EDI: BANKAMER.COM Jul 13 2016 19:13:00      Bank Of America,    P. O. Box 650070,
               Dallas, TX  75265-0070
4329974      +EDI: BANKAMER.COM Jul 13 2016 19:13:00      Bank of America, N.A.,    7105 Corporate Drive,
               PTX-B-209,   Plano, TX 75024-4100
4365998       EDI: BL-BECKET.COM Jul 13 2016 19:13:00      Capital One NA,    c/o Becket and Lee LLP,
               POB 3001,   Malvern PA 19355-0701
4315330      +EDI: CHASE.COM Jul 13 2016 19:13:00      Chase Bank USA, N.A.,    P. O. Box 15298,
               Wilmington, DE 19850-5298
4315332      +EDI: WFNNB.COM Jul 13 2016 19:13:00      Comenity Bank/New York & Co.,    P. O. Box 182789,
               Columbus, OH 43218-2789
4315333      +EDI: WFNNB.COM Jul 13 2016 19:13:00      Comenity Bank/Pier One,    4590 East Broad Street,
               Columbus, OH 43213-1301
4315334      +EDI: RCSFNBMARIN.COM Jul 13 2016 19:13:00      Credit One Bank,    P. O. Box 98873,
               Las Vegas, NV 89193-8873
4320477      +EDI: TSYS2.COM Jul 13 2016 19:13:00      Department Stores National Bank/Macys,
               Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
4315338      +EDI: RMSC.COM Jul 13 2016 19:13:00      GE Capital Retail Bank,    Attn: Bankruptcy Dept.,
               P. O. Box 103104,    Roswell, GA 30076-9104
4315339       EDI: RMSC.COM Jul 13 2016 19:13:00      GECRB/GAP,    Collection Department,    P. O. Box 960017,
               Orlando, FL 32896-0017
4315340      +EDI: RMSC.COM Jul 13 2016 19:13:00      GECRB/JC Penney,    P. O. Box 965007,
               Orlando, FL 32896-5007
4315341       EDI: RMSC.COM Jul 13 2016 19:13:00      GECRB/Lowe's,    Collection Department,
               P. O. Box 530914,    Atlanta, GA  30353-0914
4315342      +EDI: RMSC.COM Jul 13 2016 19:13:00      GECRB/Nations,    P. O. Box 965036,
               Orlando, FL 32896-5036
4315343      +EDI: RMSC.COM Jul 13 2016 19:13:00      GECRB/Sam's Club,    P. O. Box 965005,
               Orlando, FL 32896-5005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4354852        EDI: JEFFERSONCAP.COM Jul 13 2016 19:13:00     Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-9617
4315344       +EDI: CBSKOHLS.COM Jul 13 2016 19:13:00      Kohl's/Capone,   P. O. Box 3115,
               Milwaukee, WI 53201-3115
4326766        EDI: RESURGENT.COM Jul 13 2016 19:13:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
4315346       +EDI: TSYS2.COM Jul 13 2016 19:13:00      Macy's,   P. O. Box 8218,   Mason, OH 45040-8218
4315347       +EDI: HFC.COM Jul 13 2016 19:13:00      Orchard Bank,   P. O. Box 5253,
               Carol Stream, IL 60197-5253
4366863        EDI: PRA.COM Jul 13 2016 19:13:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
4506184        EDI: PRA.COM Jul 13 2016 19:13:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk, VA 23541
4506185        EDI: PRA.COM Jul 13 2016 19:13:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
4342159       +E-mail/Text: csc.bankruptcy@amwater.com Jul 13 2016 19:19:15     Pennsylvania American Water,
               PO Box 578,   Alton, IL 62002-0578
4333001        EDI: Q3G.COM Jul 13 2016 19:13:00      Quantum3 Group LLC as agent for,   Comenity Bank,
               PO Box 788,   Kirkland, WA 98083-0788
4335359       +E-mail/Text: bncmail@w-legal.com Jul 13 2016 19:19:02     TD BANK USA, N.A.,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4315350       +EDI: WTRRNBANK.COM Jul 13 2016 19:13:00      Target National Bank,   P. O. Box 673,
               Minneapolis, MN 55440-0673
4315351        E-mail/Text: bkrcy@ugi.com Jul 13 2016 19:19:11     UGI Penn Natural Gas,   P. O. Box 15533,
               Wilmington, DE 19886-5533
4352772        E-mail/Text: bkrcy@ugi.com Jul 13 2016 19:19:11     UGI Penn Natural Gas Inc,   One UGI Center,
               Bldg F,   Wilkes Barre, PA 18711
4315352        E-mail/Text: bkrcy@ugi.com Jul 13 2016 19:19:11     UGI Utilities, Inc.,   P. O. Box 15523,
               Wilmington, DE 19886-5523
4315337        EDI: USBANKARS.COM Jul 13 2016 19:14:00      Elan Financial Services,   P. O. Box 108,
               Saint Louis, MO 63166
4315353       +EDI: WFFC.COM Jul 13 2016 19:13:00      WFFNB,   800 Walnut Street,   Des Moines, IA 50309-3504
4315354       +EDI: WFFC.COM Jul 13 2016 19:13:00      WFFNB/Raymour & Flanigan,   800 Walnut Street,
               Des Moines, IA 50309-3605
4325819        EDI: WFFC.COM Jul 13 2016 19:13:00      Wells Fargo Bank NA,   PO Box 10438,
               Des Moines IA 50306-0438
                                                                                              TOTAL: 36
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ECMC,   P. O. Box 16408,   St. Paul, MN 55116-0408
4627892*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk, VA 23541)
4627893*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541)
4333715*      Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA 50306-0438
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                             Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:

    Alexandra Teresa Garcia   on behalf of Creditor   Lakeview Loan Servicing, LLC. ecfmail@mwc-law.com

    Celine P DerKrikorian   on behalf of Creditor   Lakeview Loan Servicing, LLC. ecfmail@mwc-law.com

    David J. Harris   on behalf of Debtor Lynn A. Yasenchak dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com

    Joshua I Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

    Kevin T McQuail   on behalf of Creditor   BAC Home Loans Servicing LP ecfmail@mwc-law.com

    Marisa Myers Cohen   on behalf of Creditor   Lakeview Loan Servicing, LLC. Mcohen@mwc-law.com

    Michael G Oleyar (Trustee)   mgoleyar@yahoo.com, pa22@ecfcbis.com;moleyar@ecf.epiqsystems.com

    Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com, rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com

    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 9

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Lynn A. Yasenchak** | Social Security number or ITIN | xxx–xx–3322 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed in chapter 13 | May 13, 2013 |
| Case number: | 5:13–bk–02498–JJT | Date case converted to chapter 7 | May 6, 2016 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Lynn A. Yasenchak | |
| 2. | **All other names used in the last 8 years** | aka Lynn Ann Yasenchak | |
| 3. | **Address** | 32 Grove Street<br>Trucksville, PA 18708 | |
| 4. | **Debtor's attorney**<br>Name and address | David J. Harris<br>69 Public Square, Suite 700<br>Wilkes–Barre, PA 18701 | Contact phone 570 823–9400<br><br>Email: dh@lawofficeofdavidharris.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert P. Sheils, Jr (Trustee)<br>Sheils Law Associates, PC<br>108 North Abington Road<br>Clarks Summit, PA 18411 | Contact phone 570 587–2600<br><br>Email: rsheils@sheilslaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: July 13, 2016 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 26, 2016 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** September 6, 2016 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                     page **2**