```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 13-02498-JJT
Lynn A. Yasenchak                                                                       Chapter 7
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar                 Page 1 of 2                  Date Rcvd: Jul 13, 2016
                              Form ID: nttterej             Total Noticed: 55
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
```
db             +Lynn A. Yasenchak,    32 Grove Street,    Trucksville, PA 18708-1724
cr             +Lakeview Loan Servicing, LLC.,    McCabe Weisberg and Conway, P.C.,     123 S Broad Street,
                 Suite 1400,    Philadelphia, PA 19109-1060
4315327        +AES/M&T ELT - PHEAA,    1200 North 7th Street,     Harrisburg, PA 17102-1419
4315328         Bank Of America,    P. O. Box 650070,    Dallas, TX 75265-0070
4329974        +Bank of America, N.A.,    7105 Corporate Drive,     PTX-B-209,   Plano, TX 75024-4100
4315329        +BillMeLater,    Attn: Rick Foertschbeck,    P. O. Box 5138,    Timonium, MD 21094-5138
4375468        +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,     Norfolk, VA 23541-0907
4365998         Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4315330        +Chase Bank USA, N.A.,    P. O. Box 15298,    Wilmington, DE 19850-5298
4315331        +Chris Camp,    458 Indian Lake Trail,    White Haven, PA 18661-2015
4315332        +Comenity Bank/New York & Co.,    P. O. Box 182789,     Columbus, OH 43218-2789
4315333        +Comenity Bank/Pier One,    4590 East Broad Street,     Columbus, OH 43213-1301
4321001        +Cross Valley Federal Credit Union,     640 Baltimore Drive,    Wilkes-Barre, PA 18702-7943
4315335        +Cross Velley FCU,    640 Baltimore Drive,    Wilkes-Barre, PA 18702-7943
4315336       ++++DAMA,   101 MEMORIAL HWY,    SHAVERTOWN PA 18708-7703
               (address filed with court:   DAMA,    530 S. Memorial Highway,     Shavertown, PA   18708)
4342166        +Dallas Area Municipal Authority,     101 Memorial Highway,    Shavertown, PA 18708-7703
4320477        +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
4651247         ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
4651248         ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408,     ECMC,   PO BOX 16408,
                 ST. PAUL MN 55116-0408
4330921        +Kevin T McQuail, Esquire,    McCabe, Weisberg & Conway, PC,     123 South Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
4379280        +Lakeview Loan Servicing, LLC,    c/o Margaret Gairo,     123 S. Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
4315326        +Law Office of David J Harris,    67-69 Public Square Suite 700,     Wilkes-Barre, PA 18701-2515
4315345        +Linda Yasenchak,    11 Oak Street,    Wyoming, PA 18644-1315
4315346        +Macy's,   P. O. Box 8218,    Mason, OH 45040-8218
4315347        +Orchard Bank,    P. O. Box 5253,    Carol Stream, IL 60197-5253
4315348        +PA American Water,    P. O. Box 371412,    Pittsburgh, PA 15250-7412
4322097        +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
4321770        +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
4315349        +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
4315350        +Target National Bank,    P. O. Box 673,    Minneapolis, MN 55440-0673
4315337       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Elan Financial Services,     P. O. Box 108,    Saint Louis, MO  63166)
4315353        +WFFNB,   800 Walnut Street,    Des Moines, IA 50309-3504
4315354        +WFFNB/Raymour & Flanigan,    800 Walnut Street,     Des Moines, IA 50309-3605
4325819         Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
4315325        +Yasenchak Lynn A,    32 Grove Street,    Trucksville, PA 18708-1724
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2016 19:17:01
                 PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541-1067
4315334        +E-mail/Text: creditonebknotifications@resurgent.com Jul 13 2016 19:18:44      Credit One Bank,
                 P. O. Box 98873,    Las Vegas, NV 89193-8873
4315338        +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2016 19:17:05      GE Capital Retail Bank,
                 Attn: Bankruptcy Dept.,    P. O. Box 103104,    Roswell, GA 30076-9104
4315339         E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2016 19:17:05      GECRB/GAP,
                 Collection Department,    P. O. Box 960017,    Orlando, FL  32896-0017
4315340        +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2016 19:16:58      GECRB/JC Penney,
                 P. O. Box 965007,    Orlando, FL 32896-5007
4315341         E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2016 19:17:06      GECRB/Lowe's,
                 Collection Department,    P. O. Box 530914,    Atlanta, GA  30353-0914
4315342        +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2016 19:16:58      GECRB/Nations,   P. O. Box 965036,
                 Orlando, FL 32896-5036
4315343        +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2016 19:16:50      GECRB/Sam's Club,
                 P. O. Box 965005,    Orlando, FL 32896-5005
4354852         E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 13 2016 19:19:03      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
4315344        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 13 2016 19:18:45      Kohl's/Capone,
                 P. O. Box 3115,    Milwaukee, WI 53201-3115
4326766         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 13 2016 19:17:08
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4366863         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2016 19:17:08
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4506184         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2016 19:16:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4506185         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2016 19:17:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
```

```
District/off: 0314-5           User: DDunbar               Page 2 of 2                  Date Rcvd: Jul 13, 2016
                               Form ID: nttterej           Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4342159        +E-mail/Text: csc.bankruptcy@amwater.com Jul 13 2016 19:19:15      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
4333001         E-mail/Text: bnc-quantum@quantum3group.com Jul 13 2016 19:18:52
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
4335359        +E-mail/Text: bncmail@w-legal.com Jul 13 2016 19:19:02      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
4315351         E-mail/Text: bkrcy@ugi.com Jul 13 2016 19:19:11      UGI Penn Natural Gas,    P. O. Box 15533,
                 Wilmington, DE 19886-5533
4352772         E-mail/Text: bkrcy@ugi.com Jul 13 2016 19:19:11      UGI Penn Natural Gas Inc,    One UGI Center,
                 Bldg F,   Wilkes Barre, PA 18711
4315352         E-mail/Text: bkrcy@ugi.com Jul 13 2016 19:19:11      UGI Utilities, Inc.,    P. O. Box 15523,
                 Wilmington, DE 19886-5523
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,    P. O. Box 16408,    St. Paul, MN 55116-0408
4627892*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
4627893*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541)
4333715*        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC.
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Lakeview Loan Servicing, LLC. ecfmail@mwc-law.com
              David J. Harris    on behalf of Debtor Lynn A. Yasenchak dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    BAC Home Loans Servicing LP ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC. Mcohen@mwc-law.com
              Michael G Oleyar (Trustee)    mgoleyar@yahoo.com, pa22@ecfcbis.com;moleyar@ecf.epiqsystems.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9
```

nttterej(09/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lynn A. Yasenchak<br>aka Lynn Ann Yasenchak<br>Debtor(s) | Chapter 7<br><br>Case No. 5:13–bk–02498–JJT |

## Notice

You may have previously received a Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines in the case noted above. Please disregard the previously received notice due to the Appointed Trustee having rejected the appointment to the case.

Robert P. Sheils, Jr (Trustee) has been appointed as the successor Trustee and a new Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines is attached hereto.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DDunbar |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 13, 2016 |