Certificate Number: 00301-PAM-DE-027998522

Bankruptcy Case Number: 13-02498


00301-PAM-DE-027998522

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2016, at 10:55 o'clock AM EDT, LYNN YASENCHAK completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 1, 2016          By:     /s/Iris Serrano

                                   Name:   Iris Serrano

                                   Title:  Certified Bankruptcy Counselor