```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 13-02498-JJT
Lynn A. Yasenchak                                              Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5      User: admin          Page 1 of 1           Date Rcvd: Sep 14, 2016
                          Form ID: fnldecac    Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db             +Lynn A. Yasenchak,    32 Grove Street,    Trucksville, PA 18708-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC.
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Lakeview Loan Servicing, LLC. ecfmail@mwc-law.com
              David J. Harris    on behalf of Debtor Lynn A. Yasenchak dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    BAC Home Loans Servicing LP ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC. Mcohen@mwc-law.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lynn A. Yasenchak  
aka Lynn Ann Yasenchak  
32 Grove Street  
Trucksville, PA 18708

Chapter 7  
Case No. 5:13−bk−02498−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−3322

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Robert P. Sheils, Jr (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 13, 2016

BY THE COURT  
By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk